JARED BOBROW (Bar No. 133712)
jared.bobrow@weil.com
JEREMY JASON LANG (Bar No. 255642)
jason.lang@weil.com
AMANDA BRANCH (Bar No. 300860)
amanda.branch@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant
DELL INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LIMESTONE MEMORY SYSTEMS LLC,<br><br>             Plaintiff,<br><br>     v.<br><br>DELL INC.<br><br>             Defendant. | Case No.: 8:15-cv-00648-DOC-RNB<br><br>JOINT RECOMMENDATION OF DR. CHIH-KONG KEN YANG FOR TECHNICAL SPECIAL MASTER<br><br>Judge:  Honorable David O. Carter |

1  Pursuant to the Court's Scheduling Order (D.I. 81), the Parties jointly recommend **Dr. Chih-Kong Ken Yang** (Curriculum Vitae attached as Exhibit A), Professor at the University of California at Los Angeles (UCLA), to the Court as Technical Special Master for Case Nos. 8:15-cv-00278-DOC-RNB, 8:15-cv-00648-DOC-RNB, 8:15-cv-00650-DOC-RNB, 8:15-cv-00652-DOC-RNB, 8:15-cv-00653-DOC-RNB, 8:15-cv-00654-DOC-RNB, and 8:15-cv-00658-DOC-RNB.

Dr. Yang's requested rate is $400/hour, and he can be reached at yangck@ucla.edu, (310) 428-1753.

The parties jointly interviewed multiple candidates to arrive at this recommendation. Each of the candidates, including Dr. Yang, was provided with copies of the complaints and the asserted patents. Dr. Yang has confirmed that he does not have any conflicts with the Parties in any of the above cases. Moreover, none of the attorneys participating in the above cases have previously worked with Dr. Yang.

DATED: January 12, 2018

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By: */s/ Jared Bobrow*_____
    Jared Bobrow

Attorneys for Defendant
DELL INC.

|   |   |
|---|---|
| 1 | /s/ Eric L. Broxterman |
| 2 | Timothy P. Maloney |
|   | Eric L. Broxterman |
| 3 | David A. Gosse |
| 4 | FITCH, EVEN, TABIN & FLANNERY LLP |
|   | 120 South LaSalle Street, Suite 1600 |
| 5 | Chicago, Illinois 60603 |
| 6 | Telephone: (312) 577-7000 |
|   | Facsimile: (312) 577-7007 |
| 7 | tim@fitcheven.com |
| 8 | ebroxterman@fitcheven.com |
|   | dgosse@fitcheven.com |


/s/ Eric L. Broxterman
Timothy P. Maloney
Eric L. Broxterman
David A. Gosse
FITCH, EVEN, TABIN & FLANNERY LLP
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: (312) 577-7000
Facsimile: (312) 577-7007
tim@fitcheven.com
ebroxterman@fitcheven.com
dgosse@fitcheven.com

Jon A. Birmingham (CA SBN 271034)
FITCH, EVEN, TABIN & FLANNERY LLP
21700 Oxnard Street, Suite 1740
Woodland Hills, California 91367
Telephone: (818) 715-7025
Facsimile: (818) 715-7033
jbirmi@fitcheven.com

Attorneys for Plaintiff
LIMESTONE MEMORY SYSTEMS LLC

JOINT RECOMMENDATION OF DR. CHIH-KONG KEN YANG FOR TECHNICAL SPECIAL MASTER — 2 — CASE NO. 8:15-cv-00648-DOC-RNB