# Exhibit A

## CURRICULUM VITAE

*Name*: Chih-Kong Ken Yang                                    *Date of Birth*: 08/17/1970

*Academic Rank*: Professor

*Degrees*:

|  | Institution | Year |
|---|---|---|
| B.S.E.E. | Stanford University | 1992 |
| M.S.E.E. | Stanford University | 1992 |
| Ph.D. | Stanford Univeristy | 1998 |

*Current Research Interests:*
Design of high-speed digital and mixed-signal circuits. 1. High-performance interfaces for serial or parallel chip-to-chip or SoC interconnect, 2. design of timing-recovery circuits (phase-locked loops), high-speed receivers (samplers, amplifiers, analog-to-digital converters), transmitters (line drivers, digital-to-analog converters), and digital signal-conditioning building blocks. 3. Low power interface circuitry for integrated MEMS sensors. 4. CAD tool development for high-performance circuit design.

*Doctoral Dissertation*, Department of Electrical Engineering, Stanford University

*Topic:* Design of High-Speed Serial Links in CMOS
The dissertation explores data-rate limitations of serial links realized in CMOS technology. A test-chip implementing a high data-rate transmitter and receiver for NRZ signals is built in a 0.5-μm CMOS process. The transceiver operates with data rate greater than 4-Gb/s.

*Advisor:* Professor Mark A. Horowitz

*Appointment History*:

|  | From | To |
|---|---|---|
| Assistant Professor, UCLA | 11/1998 | 06/2004 |
| Associate Professor, UCLA | 07/2004 | 06/2009 |
| Professor, UCLA | 07/2009 | current |

*Related Technical Experience (Teaching/Industry)*:

| Institution | Position | From | To |
|---|---|---|---|
| Hewlett Packard Inc (Palo Alto, CA) | Design Engineer | 06/91 | 09/91 |
| Rambus Inc | Member of Technical Staff | 06/93 | 03/94 |
|  |  | 06/94 | 10/94 |
| Stanford University | Lecturer | 01/98 | 04/98 |
| ASL Technology | Consultant | 01/98 | 07/98 |
| Abrizio Inc (PMC-Sierra) | Consultant | 04/98 | 11/98 |
| Taracom Inc | Technical Adviser | 01/99 | 05/01 |
| Aeluros Inc | Technical Advisory Board | 06/01 | 08/07 |
| Apple Computers | Consultant | 01/02 | 10/03 |
| Barcelona Design Inc | Scientific Advisory Board | 04/03 | 10/05 |
| Sun Microsystems | Consultant | 01/03 | 06/09 |

*Technical Committee*:

| | From | To |
|---|---|---|
| Technical Committee for ASIC Design Conference | 10/00 | 10/01 |
| Low-Power Symposium Technical Committee | 04/01 | 04/02 |
| International Solid-State Circuits Conference | | |
|     Digital Sub-committee | 02/01 | 02/06 |
|     Technology Directions Sub-committee | 02/03 | 02/04 |
| VLSI Circuit Symposium Technical Committee | 10/01 | 09/07 |
| Associate Editor of Transactions on Circuits and Systems II | 09/00 | 12/03 |
| Guest Editor of Journal of Solid-State Circuits | 01/06 | 01/06 |
| IEEE Education Activities Board | 11/06 | 11/07 |
| IEEE Solid-State Circuit Society Advisory Committee | | |
|     Education Committee Chairman | 02/04 | 08/10 |

***Membership in Professional Societies (Current)***:
Fellow of IEEE

| ***Honors, Awards, Academic Honor Societies*** | <u>Year</u> |
|---|---|
| Member of Tau Beta Pi | 1990 |
| Member of Phi Beta Kappa | 1991 |
| Northrup-Grumman Outstanding Teaching Award | 2003 |
| IBM Faculty Development Fellowship Award | 2003, 2004, 2005, 2006 |
| IEEE Outstanding Branch Counselor and Advisor Award | 2004 |
| ISSCC Best Special-Topic Evening Panel Award | 2004 |
| Best Paper in Session at SRC Symposium | 2006 |
| VLSI Symposium Best Student Paper Award | 2006 |
| CICC Best Poster Award | 2008 |
| ISSCC Best Forum Presentation | 2013 |

***Courses Taught***:

| | Course # | Title | Type | Unit |
|---|---|---|---|---|
| UCLA | EE110 | Circuits and Systems II | Ugrad | 4 |
| | EE115A | Analog Electronic Design I | Ugrad | 4 |
| | EE115B | Analog Electronic Design II | Ugrad | 4 |
| | EE115C | Digital Integrated Circuits | Ugrad | 4 |
| | EE216A | Design of VLSI Systems and Circuits | Grad | 4 |
| | EE215B | Advanced Digital Circuit Design | Grad | 4 |
| | EE215E | Synchronization and Signaling in VLSI | Grad | 4 |
| Stanford | Course # | Title | Type | Unit |
| | EE313 | Digital MOS Circuit | Grad | 3 |

## <u>*Book and Journal Publications*</u>

Ming-Shuan Chen; Chih-Kong Ken Yang, „A 50–64 Gb/s Serializing Transmitter With a 4-Tap, LC-Ladder-Filter-Based FFE in 65 nm CMOS Technology", *IEEE Journal of Solid-State Circuits*, vol. 50, no. 8, Aug. 2015, pp. 1903-16

Amr Amin Hafez; Ming-Shuan Chen; Chih-Kong Ken Yang, „A 32–48 Gb/s Serializing Transmitter Using Multiphase Serialization in 65 nm CMOS Technology", *IEEE Journal of Solid-State Circuits*, vol. 50, no. 3, Mar. 2015, pp. 763 - 75

Chih-Kong Ken Yang; John G. Maneatis, „Mark Horowitz's Link to Chip-to-Chip Communication: His Significant and Fundamental Contributions", *IEEE Solid-State Circuits Magazine*, vol. 8, no. 3, Aug. 2016, pp. 42-6

Jintae Kim; Siamak Modjtahedi; Chih-Kong Ken Yang, „A Redundancy-Based Calibration Technique for High-Speed Digital-to-Analog Converters",IEEE Transactions on Very Large Scale Integration (VLSI) Systems, vol. 23, no. 11, Nov. 2015, pp. 2395-407

J. Kim, S. Modjtahedi, C.-K.K. Yang, Flexible-Assignment Calibration Technique for Mismatch-Constrained Digital-to-Analog Converters", *IEEE Transactions on Very Large Scale Integration (VLSI) Systems,* vol. 22, no. 9, Sept. 2014, pp. 1934-44

Henry Park; Chih-Kong Ken Yang, „In Situ SRAM Static Stability Estimation in 65-nm CMOS", ", *IEEE Journal of Solid-State Circuits*, vol. 48, no. 10, Oct. 2013, pp. 2541-49

H. Park, C.K. Yang, „Stability Estimation of a 6T-SRAM Cell Using a Nonlinear Regression", *IEEE Transaction on Very Large Scale Integration,* vol. 22, no. 1, Jan. 2014, pp. 27-38

Fengbo Ren; Henry Park; Chih-Kong Ken Yang; Dejan Marković , „Reference Calibration of Body-Voltage Sensing Circuit for High-Speed STT-RAMs", *IEEE Transactions on Circuits and Systems I: Regular Papers*, vol. 60, no. 11, Nov. 2013, pp. 2932-39

W.H. Park, C.K. Yang, „Effects of Using Advanced Cooling Systems on the Overall Power Consumption of Processors", *IEEE Transaction on Very Large Scale Integration,* vol. 21, no. 9, Sept 2013, pp 1644-54

T. Ali, R. Drost, R. Ho, C.K. Yang, "A 100+ Meter 12gb/s/Lane Copper Cable Link Based on Clock-Forwarding", *IEEE Journal of Solid-State Circuits*, vol. 48, no. 4, Apr. 2013, pp. 1085-1098

3

H. Park, C.K. Yang, „An INL Yield Model of the Digital-to-Analog Converter", *IEEE Transactions on Circuits and Systems I: Regular Papers*, vol. 60, no. 3, Mar. 2013, pp. 582 - 592

H. Park, C.K. Yang, „Nearly Exact Analytical Formulation of the DNL Yield of the Digital-to-Analog Converter" , *IEEE Transactions on Circuits and Systems II: Express Briefs*, vol. 59, no. 9, Sept. 2012, pp. 563 - 567

R. Dorrance, F.B. Ren, Y. Toriyama, A.A. Hafez, C.K. Yang, D. Markovic, „Scalability and Design-Space Analysis of a 1T-1MTJ Memory Cell for STT-RAMs", *IEEE Transactions on Electron Devices*, vol. 59, no. 4, Apr. 2012, pp. 878 – 887

E.H. Chen, R. Yousry, C.K. Yang, „Power Optimized ADC-Based Serial Link Receiver", *IEEE Journal of Solid-State Circuits*, vol. 47, no. 4, Apr. 2012, pp. 938-951

A.A. Hafez, C.K. Yang, „Design and Optimization of Multipath Ring Oscillators", *IEEE Transaction on Circuits and Systems I: Regular Papers*, vol. 58, no. 10, Oct. 2011, pp. 2332-2345

J. Kim, E.H. Chen, J.H. Ren, B.S. Leibowitz, P. Satarzadeh, J.L. Zerbe, C.K. Yang, „Equalizer Design and Performance Trade-Offs in ADC-Based Serial Links", *IEEE Transaction on Circuits and Systems I: Regular Papers*, vol. 58, no. 9, Sept. 2011, pp. 2096 – 2107

J. Kim, S. Limotyrakis,   C.K. Yang, „Multilevel Power Optimization of Pipelined A/D Converters", *IEEE Transaction on Very Large Scale Integration,* vol. 19, no. 5, May 2011, pp. 832 - 845

W.H. Park, T. Ali, C.K. Yang, „Analysis of Refrigeration Requirements of Digital Processors in Subambient Temperatures", *Journal of Microelectronics and Electronic Packaging*, vol. 7, no. 4, 2010, pp. 197-204

J. Kim, L. Vandenberghe, C.K. Yang, „Convex Piecewise-Linear Modeling Method for Circuit Optimization via Geometric Programming", *IEEE Transactions on Computer-Aided Design of Integrated Circuits and Systems*, vol. 29, no. 11, Nov. 2010, pp. 1823 - 1827

E.H. Chen, C.K. Yang, „ADC-Based Serial I/O Receivers" *IEEE Transaction on Circuits and Systems I: Regular Papers*, vol. 57, no. 9, Sept. 2010, pp. 2248-2258

P.H. Hsieh, J. Maxey, C.K. Yang, "A Phase-Selecting Digital Phase-Locked Loop with Bandwidth Tracking in 65-nm CMOS Technology", *IEEE Journal of Solid-State Circuits*, vol. 45, no. 4, Apr. 2010, pp. 781 - 792

J. Kim, R. Jhaveri, J. Woo, C.K. Yang, "Circuit-Level Performance Evaluation of Schottky Tunneling Transistor in Mixed-Signal Applications", *IEEE Transaction on Nanoelectronics*, vol. 10, no. 2, Mar. 2011, pp. 291-299

P.H. Hsieh, J. Maxey, C.K. Yang, "Minimizing the Supply Sensitivity of a CMOS Ring Oscillator through Jointly Biasing the Supply and Control Voltages," *IEEE Journal of Solid-State Circuits*, vol. 44, no.9, Sept. 2009, pp. 2488-2495

L.-M. Lee, C.K. Yang, "An LC-Based Clock Buffer With Tunable Injection Locking", *IEEE Journal of Solid-State Circuits*, vol. 44, no. 3, Mar. 2009, pp. 797 – 807

A. Varzaghani, C.K. Yang, "A 4.8 GS/s 5-bit ADC-Based Receiver With Embedded DFE for Signal Equalization", *IEEE Journal of Solid-State Circuits*, vol. 44, no. 3, Mar. 2009, pp. 901-15

K.L. Wong, E.H. Chen, C. K. Yang, "Edge and Data Adaptive Equalization of Serial-Link Transceivers" *IEEE Journal of Solid-State Circuits*, vol. 43, no. 9, Sept. 2008, pp. 2157 - 2169

E.H. Chen, J. Ren, B. Leibowitz, H. Lee, Q. Lin, D. Oh, F. Lambrecht, V. Stojanović, J. Zerbe, C. K. Yang, "Near-Optimal Equalizer and Timing Adaptation for I/O Links Using a BER-based Metric", *IEEE Journal of Solid-State Circuits*, vol. 43, no. 9, Sept. 2008, pp. 2144-56

U. Seckin, C.K. Yang, "A Comprehensive Delay Model for CMOS CML Circuits," *IEEE Transaction on Circuits and Systems I: Fundamental Theory and Applications*, vol. 55, no. 9, Oct. 2008, pp. 2608-18

J. Lee, L. Vandenberghe, C.K. Yang, "Evaluation of Fully-Integrated Switching Regulators for CMOS Process Technologies", *IEEE Transaction on VLSI*, vol. 15, no. 9, Sept. 2007, pp. 1017-1027

K. J. Wong, A. Rylyakov, C.K. Yang, "A 5-mW 6-Gb/s Quarter-Rate Sampling Receiver with a 2-Tap DFE Using Soft Decisions", *IEEE Journal of Solid-State Circuits*, vol. 42, no. 4, April 2007, pp. 881-8

A. Emami-Neyastanak, A. Varzaghani, J. Bulzacchelli, A. Rylyakov, C.K. Yang, D. Friedman, "A 6.0 mW, 10.0 Gb/s Receiver with Switched-Capacitor Summation DFE", *IEEE Journal of Solid-State Circuits*, vol. 42, no. 4, April 2007, pp. 889-96

4

P.H. Hsieh, C.K. Yang, "Technique to Reduce the Resolution Requirement of Digital-Controlled Oscillators for Digital PLLs", *IEEE Transactions on Circuits and Systems II: Express Briefs*, vol.54, no.3, March 2007, p 237-241

J. Kim, H. Hatamkhani, C.K. Yang, "An 8-Gb/s Transformer-Boosted Transmitter with >VDD Swing", *Journal Solid State Circuits Conference (IEEE)*, vol 42,  no 5,  May 2007, p 1131-42

H. Hatamkhani, C.K. Yang, "A Study of the Optimal Data Rate for Minimum Power of I/Os," *IEEE Transactions on Circuits and Systems II: Express Briefs*, vol 53, no 11, November 2006, p 1230-4

A. Varzaghani, C.K. Yang, "A 4-bit 6-GSamples/s Time-Interleaved Pipelined A/D Converter with Embedded DFE for Serial-Link Receivers," *IEEE Journal of Solid-State Circuits*, vol. 41, no. 4, April 2006,p 935-44

A. Varzaghani, C.K. Yang, "A 600-MHz 5-bit Pipeline A/D Converter using Digital Reference Calibration," *IEEE Journal of Solid-State Circuits*, vol. 41, no. 2, February 2006, p 310-19

L. Lee, D. Weinlader, C.K. Yang, "A Sub-10ps Multi-Phase Sampling System Using a Redundancy-based Technique," *IEEE Journal of Solid-State Circuits*, vol. 41, no. 1, January 2006, p 265-73

K.L. Wong, C.K. Yang, "Offset Compensation in Comparators with Minimum Input-Referred Supply Noise", *IEEE Journal of Solid-State Circuits*, vol. 39, no. 5, May 2004, pp 837-40

K.L. Wong, H. Hatamkhani, M. Mansuri, C.K. Yang, "A sub-30mW 3.6Gbps Transceiver", *IEEE Journal of Solid-State Circuits*, vol. 39, no. 4, April 2004, pp 602-12

M. Mansuri, et al., "Methodology for On-Chip Adaptive Jitter Minimization in Phase-Locked Loops," *IEEE Transactions on Circuits and Systems II*, vol. 50, no 11, November 2003, pp. 870-8

M. Mansuri, C.K. Yang , "Low-Power Low-Jitter Adaptive Bandwidth PLL", *IEEE Journal of Solid-State Circuits*, vol. 38, no. 11, November 2003, 1804-12

C.K. Yang, "Chapter 148: I/O Sub-System," in *CRC Engineering Handbook* edited by Richard Dorf *IEEE Press, c.2003*

C.K. Yang, "Delay-Locked Loops – An Overview," in *Phase-Locking in High Performance Systems* edited by B. Razavi  *IEEE Press, c.2003*

M. Mansuri, C.K. Yang , "Jitter Optimization Based on Phase-Locked Loop Design Parameters", *IEEE Journal of Solid-State Circuits*, vol. 37, no. 11, Nov 2002, pp 1375-82

M. Mansuri, D. Liu, C.K. Yang , "Fast Frequency Acquisition Phase-Frequency Detectors for GSamples/s Phase-Locked Loops", *IEEE Journal of Solid-State Circuits*, vol. 37, no. 10, Oct 2002, pp 1331-4

C.K. Yang, "Chapter 31 - Circuits for High-Performance I/O," in *CRC Computer Engineering Handbook* edited by V. Oklobdzija, *CRC  Press, c.2002*

C.K. Yang, V. Stojanovic, et. al,"A Serial Link Transceiver Based on 8GSa/s A/D and D/A Converter in 0.25-μm CMOS," *IEEE Journal of Solid-State Circuits*, vol 36, no 11, Nov  2001, pp. 1684-92

R. Farjad-Rad, C.K. Yang, M.A. Horowitz, T.H. Lee, "A 0.3-μm CMOS 8-Gb/s 4-PAM Serial Link Transceiver," *IEEE Journal of Solid-State Circuits*, vol 35, no 5, May 2000, pp. 757-63

S. Sidiropoulos, C.K. Yang, M.A. Horowitz, "Chapter 16 - High-Speed Electrical Signalling," in *Design of High-Performance Microprocessor Circuits* edited by A. Chandrakasen, F. Fox, W. Bowhill, *IEEE Press, c.2000*

R. Farjad-Rad, C.K. Yang, M.A. Horowitz, T.H. Lee, "A 0.4-μm CMOS 10-Gb/s 4-PAM Pre-Emphasis Serial Link Transmitter," *IEEE Journal of Solid-State Circuits*, vol 34, no 5, May 1999, pp. 580-585

K. Falakshahi, C.K. Yang, B.A. Wooley, "A 14-bit, 5-MHz, Digital-to-Analog Converter Using Multi-bit Sigma-Delta Modulation," *IEEE Journal of Solid-State Circuits*, vol 34, no 5, May 1999, pp. 607-615

M.A. Horowitz, C.K. Yang, et.al., "High-Speed Electrical Signalling: Overview and Limitations," *IEEE Micro,* vol. 8, no. 1, Jan.-Feb. 1998, pp. 12-24

C.K. Yang, R. Farjad-Rad, M.A. Horowitz, "A 0.5-μm CMOS 4.0Gbps Transceiver with Data Recovery using Oversampling," *IEEE Journal of Solid State Circuits*, vol. 33, no. 5, May 1998, pp. 713-22

C.K. Yang, M. Horowitz, "A 0.8-μm CMOS 2.5Gb/s Oversampling Receiver and Transmitter for Serial Links," *IEEE Journal of Solid State Circuit*s, vol. 31, no. 12, Dec. 1996, pp. 2015-23

*Major Conference Publications*

Ming-Shuan Chen; Mau-Chung Frank Chang; Chih-Kong Ken Yang, „A low-PDP and low-area repeater using passive CTLE for on-chip interconnects", *Proceedings of the 2015 Symposium on VLSI Circuits,* June. 2015, Kyoto, Japan, pp. 244 - 5

Yousr Ismail; Chih-Kong Ken Yang, "A 12-V charge pump-based square wave driver in 65-nm CMOS technology" *2014 Asian Solid-State Circuits Conference (IEEE) – Proceedings of Technical Papers*, KaoHsiung, Taiwan, Nov. 2014, pp. 237-40

Ming-Shuan Chen; Chih-Kong Ken Yang, „A 50–64 Gb/s serializing transmitter with a 4-tap, LC-ladder-filter-based FFE in 65-nm CMOS", *Proceedings of the 2014 Custom Integrated-Circuits Conference*, Sept. 2014, San Jose, CA.,

Yousr Ismail; Chih-Kong Ken Yang, „A compact stacked-device output driver in low-voltage CMOS Technology", *2014 IEEE International Symposium on Circuits and Systems (ISCAS)*, June 2014, Melbourne, Australia, pp.1624 - 27

Y. Ismail, H.C. Lee, S. Pamarti and C.K.K. Yang, "A 34-V Charge Pump in 65-nm Bulk CMOS Technology", *International Solid State Circuits Conference (IEEE) - Digest of Technical Papers*, San Francisco, CA. Feb. 2014, 23.8

Y. Ismail, C.J. Kim, C.K.K. Yang, "A bipolar >40-V driver in 45-nm SOI CMOS technology", *Proceedings of the 2013 Custom Integrated-Circuits Conference*, Sept. 2013, San Jose, CA., M-9

R. Yousry, H. Park, E.H. Chen, C.K. Yang, "A digitally-calibrated 10GS/s reconfigurable flash ADC in 65-nm CMOS*", 2013 IEEE International Symposium on Circuits and Systems (ISCAS)*. May 2013, Beijing, China, pp. 2443 - 47

T.L. Liu, G. Sun, J.J. Kim, C.K. Yang, C.J. Kim, "Electrostatic bottom-driven rotary stage on multiple conductive liquid-ring bearings", *Proceedings of the IEEE International Conference on Micro Electro Mechanical Systems (MEMS)*. April 2013, pp. 86-89.

A.A. Hafez, M.S. Chen, C.K. Yang, "A 32-to-48Gb/s serializing transmitter using multiphase sampling in 65nm CMOS", *International Solid State Circuits Conference (IEEE) - Digest of Technical Papers*, San Francisco, CA. Feb 2013, pp. 38-39

A.A. Hafez, C.K. Yang, "A Multi-Phase Multi-Frequency Clock Generator Using Superharmonic Injection Locked Multipath Ring Oscillators as Frequency Dividers", *2012 Asian Solid-State Circuits Conference (IEEE) – Proceedings of Technical Papers*, Kobe, Japan, Nov. 2012, p 289-292

M.S. Chen, A.A. Hafez, C.K. Yang, "A 0.1-1.5 GHz 8-bit inverter-based digital-to-phase converter using harmonic rejection", *Proceedings of the 2012 Custom Integrated-Circuits Conference*, Nov. 2012 pp., Kobe, Japan, pp. 145-148

M.S. Chen, C.K. Yang, "A low-power highly multiplexed parallel PRBS generator", *Proceedings of the 2012 Custom Integrated-Circuits Conference*, Sept. 2012 pp., San Jose, CA, pp. 1-4

T. Ali, W.H. Park, P. Mulage, E.H. Chen, R. Ho, C.K. Yang, "A 100+ meter 12Gb/s/lane copper cable link based on clock-forwarding", *2012 VLSI Circuit Symposium (IEEE) - Digest of Technical Paper*, Honolulu, HI, June 2012, pp. 108 - 109

F.B. Ren, H. Park, R. Dorrance, Y. Toriyama, C.K. Yang, D. Markovic, "A body-voltage-sensing-based short pulse reading circuit for spin-torque transfer RAMs (STT-RAMs)", *2012 13th International Symposium on Quality Electronic Design (ISQED)*, May 2012, Santa Clara, CA.  pp. 275 - 282

W.H. Park, C.K. Yang, "Analysis of cooling a microprocessor using embedded thermoelectric coolers", *2011 6th International Microsystems, Packaging, Assembly and Circuits Technology Conference (IMPACT)*, Oct 2011, Taipei, Taiwan, pp. 495-496

W.H. Park, R. McCall, C.K. Yang, "Total system power minimization of microprocessors using refrigerated systems for electronic cooling", *2011 6th International Microsystems, Packaging, Assembly and Circuits Technology Conference (IMPACT)*, Oct 2011, Taipei, Taiwan, pp. 242 - 245

E.H. Chen, R. Yousry, T. Ali, C.K. Yang, "10Gb/s serial I/O receiver based on variable reference ADC", *2011 VLSI Circuit Symposium (IEEE) - Digest of Technical Paper*, June 2011, pp. 288 - 289

H. Park, R. Dorrance, A.A. Hafez, F.B. Ren, D. Markovic, C.K. Yang, "Analysis of STT-RAM cell design with multiple MTJs per access", *Proceedings of the 2011 IEEE/ACM International Symposium on Nanoscale Architectures*, June 2011, pp. 53-58

R. Dorrance F.B. Ren, Y. Toriyama, A.A. Hafez, C.K. Yang, D. Markovic, "Scalability and design-space analysis of a 1T-1MTJ memory cell", *Proceedings of the 2011 IEEE/ACM International Symposium on Nanoscale Architectures*, June 2011, pp. 32-36

T. Ali, A. A. Hafez, R. Drost, R. Ho, C.K. Yang, "A 4.6GHz MDLL with −46dBc reference spur and aperture position tuning". *International Solid State Circuits Conference (IEEE) - Digest of Technical Papers*, Paper 9.6, San Francisco, CA. Feb 2011, pp. 466-468

T. Ali, D. Patil, F. Liu, E. Alon, J. Lexau, C.K. Yang, R. Ho, "Clocking Links in Multi-chip Packages: A Case Study", *2010 IEEE 18th Annual Symposium on High Performance Interconnects (HOTI),* Mountain View, CA., Aug. 2010, pp. 96 - 103

C.K. Yang, E.H. Chen, "ADC-based Serial I/O Receivers", *Proceedings of the 2009 Custom Integrated-Circuits Conference*, Sept. 2009 pp., San Jose, CA, pp. 323-330

P.H. Hsieh, J. Maxey, C.K. Yang, "A Nonlinear Phase Detector for Digital Phase Locked Loops", *Proceedings of the 2009 Custom Integrated-Circuits Conference*, Sept. 2009 pp. 335-338, San Jose, CA

J.R. Burnham, C.K. Yang, H. Hindi, "A Stochastic Jitter Model for Analyzing Digital Timing-Recovery Circuits", *2009 Design Automation Conference*, Session , June 2009, pp. 116-121

P.H. Hsieh, J. Maxey, C.K. Yang, "A Bandwidth Tracking Technique for a 65nm CMOS Digital Phase-Locked Loop", *2009 VLSI Circuit Symposium (IEEE) - Digest of Technical Papers*, Session , June 2009, pp. 124-125

E.H. Chen, W. Leven, N. Warke, A. Joy, S. Hubbins, A. Amerasekera, C.K Yang, "Adaptation of CDR and Full Scale Range of ADC-Based SerDes Receiver", *2009 VLSI Circuit Symposium (IEEE) - Digest of Technical Papers*, , June 2009, pp. 12-13

P.H. Hsieh, J. Maxey, C.K. Yang, "Minimizing the Supply Sensitivity of CMOS Ring Oscillator by Jointly Biasing the Supply and Control Voltage", *Proceedings of the 2008 Custom Integrated-Circuits Conference*, Sept. 2008 pp. 531 – 534, San Jose, CA

L.M. Lee, C.K. Yang, "Phase Correction of a Resonant Clocking System Using Resonant Interpolators," *2008 VLSI Circuit Symposium (IEEE) - Digest of Technical Papers*, Session 4-3, June 2008, pp. 36-7

J. Kim, R. Jhaveri, J. Woo, C.K. Yang, "Device-Circuit Co-Optimization for Mixed-mode Circuit Design via Geometric Programming," *2007 International Conference on Computer Aided Design*, Session November 4-8, pp. 470-5

J.R. Burnham, G.Y. Wei, C.K. Yang, H. Hindi, "A Comprehensive Phase-Transfer Model for Delay-Locked Loops", *Proceedings of 2007 Custom Integrated Circuits Conference*, Session 19-2, September 16-19 2007, pp 627-30

E-H. Chen, J. Ren, J. Zerbe, B. Leibowitz, H. Lee, V. Stojanovic, C.-K.K. Yang,, "BER-based Adaptation of I/O Link Equalizers," *2007 VLSI Circuit Symposium (IEEE) - Digest of Technical Papers*, Session 4-3, June 2007, pp. 36-7

J. Ren, H. Lee, Q. Lin, B. Leibowitz, E-H. Chen, D. Oh, F. Lambrecht, V. Stojanovic, C.-K.K. Yang, J. Zerbe, "Precursor ISI Reduction in High-Speed I/O," *2007 VLSI Circuit Symposium (IEEE) - Digest of Technical Papers*, Session 13-2, June 2007, pp.134-5

L. Lee, C.K. Yang, "An Adaptive Low-Jitter LC-Based Clock Distribution," *International Solid State Circuits Conference (IEEE) - Digest of Technical Papers*, Paper 9.6, San Francisco, CA. February 11-15, 2007, pp. 182-3,595

K.J. Wong, E.H. Chen, C.K. Yang, "Modified LMS Adaptation Algorithm for a Discrete-Time Edge Equalizer of Serial I/O" *2006 Asian Solid-State Circuits Conference (IEEE) – Proceedings of Technical Papers*, Paper 14-2, HsinChu, China, November 2006, p 387-91

H. Hatamkhani, F. Lambrecht, V. Stojanovic, C.K. Yang, "Power-Centric Design of High-Speed I/Os", *2006 Design Automation Conference*, San Francisco, CA, July 2006, Paper 50-4

A. Emami-Neyastak. et. al., "A Low-Power Receiver with Switched-Capacitor Summation DFE", *2006 VLSI Circuit Symposium (IEEE) - Digest of Technical Papers*, Honolulu, Hawaii, June. 2006, pp 192-3

K.J. Wong, A. Rylyakov, C.K. Yang, "A 5-mW 6-Gb/s Quarter-Rate Sampling Receiver with a 2-Tap DFE Using Soft Decisions", *2006 VLSI Circuit Symposium (IEEE) - Digest of Technical Papers*, Honolulu, Hawaii, June. 2006, pp 190-1

J. Kim, H. Hatamkhani, C.K. Yang, "An 8-Gb/s Transformer-Boosted Transmitter with >VDD Swing", *International Solid State Circuits Conference (IEEE) - Digest of Technical Papers*, San Francisco, CA. February 2006, pp. 94-5

K.J. Wong, C.K. Yang, "A Serial Link Transceiver with Edge Equalization," *International Solid State Circuits Conference (IEEE) - Digest of Technical Papers*, San Francisco, CA. February 2006, pp. 232-233

K.J. Wong, A. Rylyakov, C.K. Yang, "A Broadband 44-GHz Frequency Divider in 90-nm CMOS", *2005 Compound Semiconductor Integrated Circuits Symposium - Digest of Technical Papers*, Palm Springs, CA. November. 2005, pp.196-9

A. Varzaghani, C.K. Yang, "A 6-GS/s 4-b Receiver ADC with Embedded DFE", *2005 VLSI Circuit Symposium (IEEE) - Digest of Technical Papers*, Kyoto, Japan, June. 2005, pp. 322-5

L. Lee, C.K. Yang, "A Sub-10ps Multi-Phase Sampling System Using a Redundancy-based Technique," *International Solid State Circuits Conference (IEEE) - Digest of Technical Papers*, San Francisco, CA. February 2005, pp.510-1

J. Kim, Jaeseo Lee, L. Vandenberghe, C.-K. K. Yang, "Techniques for Improving the Accuracy of Geometric-Programming Based Analog Circuit Design Optimization", *International Conference on Computer-Aided Design*, San Jose, CA. November 7-11, 2004, pp. 863-70

C.K. Yang, "CMOS Scaling on I/O Design", *Extended Abstracts of the International Conference on Solid-State Devices and Materials*, Tokyo, Japan, September 2004. pp.134-5

A. Varzaghani, C.K. Yang, "A 600MS/s, 5-bit Pipelined Analog-to-Digital Converter for Serial-Link Applications", *2004 VLSI Circuit Symposium (IEEE) - Digest of Technical Papers*, Honolulu, HI. June. 2004, 276-9

H. Hatamkhani, C.K. Yang, "Power Analysis for High-Speed I/O Transmitters", *VLSI Circuit Symposium (IEEE) - Digest of Technical Papers*, Honolulu, HI. June 2004, pp142-5

J. Burnham, G. K. Yeh, E. Sun, C.K. Yang, "Design and Analysis of a Jitter-Tolerant Digital Delay-Locked-Loop Based on Fraction-of-Clock Delay Line", *International Solid State Circuits Conference (IEEE) - Digest of Technical Papers*, San Francisco, CA. February 2004, pp352-3

J. Lee, G. Hatcher, L. Vandenberghe, C.K. Yang, "Evaluation of Fully-Integrated Switching Regulators for CMOS Technologies," *International SoC Conference*, Tampere, Finland, October 2003

C.K. Yang, K.L. Wong, "Analysis of Timing Recovery for Multi-PAM Transceivers", *Proceedings of the 2003 Custom Integrated-Circuits Conference*, San Jose, CA, September 2003, pp 67-72

P.H. Hsieh, J. Judy, C.K. Yang, "A Variable Mean Frequency LC Oscillator using Switched Tuning", *Proceedings of the 2003 Custom Integrated-Circuits Conference*, San Jose, CA, September 2003, pp 147-50

H. Hatamkhani, R. Drost, C.K. Yang, "A 10mW 3.6Gbps Transmitter", *VLSI Circuit Symposium (IEEE) - Digest of Technical Papers*, Kyoto, Japan. June 2003, pp 97-8

K.L. Wong, H. Hatamkhani, M. Mansuri, C.K. Yang, "A sub-30mW 3.6Gbps Transceiver", *VLSI Circuit Symposium (IEEE) - Digest of Technical Papers*, Kyoto, Japan. June 2003, pp 99-102

M. Mansuri, C.K. Yang, "Low-Power, Low-Jitter Adaptive-Bandwidth PLL and Clock Buffer", *International Solid State Circuits Conference (IEEE) - Digest of Technical Papers*, San Francisco, CA. February 2003, pp430-1

M. Mansuri, C.K. Yang, "Jitter Optimization Based on Phase-Locked Loop Design Parameters", *International Solid State Circuits Conference (IEEE) - Digest of Technical Papers*, San Francisco, CA. February 2002, pp. 138-9

M. Mansuri, D. Liu, C.K. Yang, "Fast Frequency Acquisition Phase-Frequency Detectors for GSa/s PLLs", *European Solid-State Circuits Conference (IEEE)*, Villach, Austria, September 2001

W. Ellersick, C.K. Yang, et.al., "A Serial Link Transceiver Based on 8GSa/s A/D and D/A Converter in 0.25-mm CMOS", *International Solid State Circuits Conference (IEEE) - Digest of Technical Papers,* San Francisco, CA. February 2001, pp. 58-59

J. W. Judy, H. Yang, N. V. Myung, C.-K. Yang, M. Schwartz, and K. Nobe, "Integrated Ferromagnetic Microsensors and Microactuators", *Proceedings of the Fifth International Symposium on Magnetic Materials, Processes, and Devices,* 198th Meeting of the Electrochemical Society, Phoenix, AZ (October 22-27, 2000).

N. Myung, H. Yang, M. Morton, J. Judy, C.K. Yang, K. Nobe, "Electrodeposited Magnetic Thin Films for MEMS Applications," *Electrochemical Society - Sixth International Symposium on Magnetic Materials,* Phoenix, CA. October 2000

J. W. Judy, H. Yang, P. Irazoqui-Pastor, C.-K. Yang, N. Myung, M. Schwartz, and K. Nobe, "Ferromagnetic Micromechanical Magnetometers", *Technical Digest for Solid-State Sensor and Actuator Workshop* (Hilton Head 2000), Hilton Head Island, SC (June 4-8, 2000).

D. Weinlader, R. Ho, C.K.. Yang, et.al., "An Eight Channel 36GSamples/s CMOS Timing Analyzer," *International Solid State Circuits Conference (IEEE) - Digest of Technical Papers,* San Francisco, CA. February 2000, pp. 170-171

W. Ellersick, C.K. Yang, et.al, "GAD: A 12-GS/s CMOS 4-bit A/D Converter for an Equalized Multi-Level Link,"*Symposium on VLSI Circuits (IEEE/JSAP) - Digest of Technical Papers,* Kyoto, Japan. June 1999, pp. 49-52

R. Farjad-Rad, C.K. Yang, et.al, "A 0.3-um CMOS 8-Gb/s 4-PAM Serial Link Transceiver," *1999 Symposium on VLSI Circuits (IEEE/JSAP) - Digest of Technical Papers,* Kyoto, Japan. June 1999, pp. 41-4

R. Farjad-Rad, C.K. Yang, et.al. "A 0.4-$\mu$m CMOS 10-Gb/s 4-PAM Pre-Emphasis Serial Link Transmitter,"*1998 Symposium on VLSI Circuits Digest of Technical Papers,* Kyoto, Japan, June 1998

K. Falakshahi, C.K. Yang, and B. Wooley, "A 14-bit, 5-MHz Digital-to-Analog Converter Using Multi-bit $\Sigma\Delta$ Modulation," *1998 Symposium on VLSI Circuits Digest of Technical Papers,* Kyoto, Japan, June 1998

C.K. Yang, S. Sidiropoulos, and M. Horowitz, "Limits of Electrical Signalling," *Hot Interconnect Symposium Record*, Stanford Univ., Stanford, CA August 1997

R. Farjad-Rad, K. Yu, C.K. Yang, B. Ellersick, M. Horowitz, T. Lee, "An Equalization Scheme for 10-Gb/s 4-PAM Signaling over Long Cables," *Mixed Signal Conference*, Cancun, Mexico, July 1997.

C.K. Yang, R. Farjad-Rad, M. Horowitz, "A 0.5-$\mu$m CMOS 4.0-Gbps Transceiver with Data Recovery using Oversampling," *1997 Symposium on VLSI Circuits Digest of Technical Papers*, June 1997

C.K. Yang, M. Horowitz, "A CMOS 2.5-Gbps Oversampling Receiver for Serial Links," *1996 International Solid State Circuits Conference Digest of Technical Papers*, pp. 200-201, February 1996.

S. Sidiropoulos, C.K. Yang, M. Horowitz, "A CMOS 500-Mbps/pin Synchronous Point-to-Point Link Interface," *1994 Symposium on VLSI Circuits Digest of Technical Papers*, pp. 43-44, June 1994.

***Major Conference Workshops and Symposiums***
C.K. Yang, "Analysis of A/D-based I/O Front-Ends", *SRC Workshop*, April 2008

C.K. Yang, "Electrical I/O Design: Approaches and Challenges", *Keynote of Intel Circuits Developers Forum*, Irvine, CA, March 2008

C.K. Yang, "Limits of I/O", *Interconnect Focus Center Workshop*, December 2006

C.K. Yang, "Energy Efficient Chip-to-Chip Electrical Interconnect",*2006 IEEE LEOS Workshop on Interconnections Within High Speed Digital Systems (HSD)*, Santa Fe, NM, May 2006

C.K. Yang, "Design of High-Performance PLLs and DLLs", *Asian Solid State Circuits Conference (IEEE) Tutorial,* Hsinchu, Taiwan, November 2005

C.K. Yang, "Future of High-Speed I/O", *2004 Symposium on VLSI Circuits*, Workshop on Chip-to-Chip Communication, June 2004

C.K. Yang, "High-Performance Chip-to-Chip I/O", *International Solid State Circuits Conference (IEEE) Short Course,* San Francisco, CA. February 2002

C.K. Yang, "Design Challenges to High Performance I/O", *International Solid State Circuits Conference (IEEE) Workshop,* San Francisco, CA. February 2001

C.K. Yang, "High-performance Low-Power Bus Design," *ASIC 2000 Conference,* Arlington, VA. September 2000

C.K. Yang, "Design and Limits to High Speed Links", *Intel High Performance Research Symposium, "Future Design Challenges in VLSI"*, Santa Clara, CA. April 1999

9

C.K. Yang, S. Sidiropoulos, M. Horowitz, "Design of High Speed I/O Interfaces," *Hot Interconnect Symposium Workshop,* Stanford, CA. August 1998